NO. 12-11-00100-CV

 

IN THE COURT OF APPEALS          

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

RUSK INDEPENDENT SCHOOL             §                      APPEAL
FROM THE SECOND

DISTRICT, DR. JAMES
LARGENT,

SCOTT SCHWARTZ, AND

JASON WILCOX,

APPELLANTS                                                                      

                                                                        

V.                                                                    §                      JUDICIAL
DISTRICT COURT 

 

JILL WALLACE, AS NEXT
FRIEND

OF C.W., A MINOR CHILD,
ROBERT

DAVID STEWART AND RENEE
LYNN

STEWART, AS NEXT FRIEND OF

D.L.S., AND MICHAEL NICKLE,

APPELLEES                                                 §                      CHEROKEE
COUNTY, TEXAS







MEMORANDUM
OPINION

PER
CURIAM

            Appellants
have filed a motion to dismiss this appeal.  In their motion, Appellants state
that the underlying suit was settled by all parties at mediation, and therefore
they no longer wish to pursue the appeal.  Because the parties have met the
requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted,
and the appeal is dismissed.  

            Opinion delivered June 15, 2011.

            Panel
consisted of Worthen, C.J., Griffith, and Hoyle, J. 

 

 

 

                                                                    (PUBLISH)